1050

No. 85-6077.  TILLIS *v.* DAVIS, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 85-6084.  MUNGUIA ET AL. *v.* CHEVRON CO., U. S. A., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 85-6085.  BARBER *v.* PONTE, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION, ET AL.  C. A. 1st Cir. Certiorari denied.

No. 85-6086.  GARRIS *v.* MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 85-6096.  JEFFRIES *v.* CHICAGO TRANSIT AUTHORITY. C. A. 7th Cir.  Certiorari denied.

No. 85-6101.  WILLIS *v.* NEWSOME, SUPERINTENDENT, GEORGIA STATE PRISON.  C. A. 11th Cir.  Certiorari denied.

No. 85-6111.  WEBSTER *v.* BOARD OF TRUSTEES OF SCHOOL DISTRICT No. 25, BANNOCK COUNTY, POCATELLO, IDAHO.  C. A. 9th Cir.  Certiorari denied.

No. 85-6114.  SMITH *v.* MONSANTO CHEMICAL CO.  C. A. 8th Cir.  Certiorari denied.

No. 85-6117.  SEEVERS *v.* MERIT SYSTEMS PROTECTION BOARD.  C. A. Fed. Cir.  Certiorari denied.

No. 85-6118.  MARTIN *v.* LITTLE, BROWN & CO.  C. A. 3d Cir.  Certiorari denied.

No. 85-6125.  BROWN *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 85-6130.  PRESGRAVES *v.* HEDRICK, WARDEN.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 85-6134.  ROBINSON *v.* COWLEY, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.